1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BERGIN GLASS IMPRESSIONS, INC. | ) | No. C 3:11-cv-3804 JCS |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ~~PROPOSED~~ ORDER |
| UNITED STATES OF AMERICA, *et al.* | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: __October 3____, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge